**Order entered January 13, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00179-CR

**MARK ANTHONY SPEERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-27999-M**

## ORDER

The Court **GRANTS** appellant's January 9, 2015 second motion for extension of time to file appellant brief.

We **ORDER** appellant to file the brief within **THIRTY (30) DAYS** from the date of this order.

/s/    ADA BROWN
          JUSTICE